UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MURPHY ENERGY SERVICES LLC, ET AL.,

Plaintiffs,

- against -

WORLD BUSINESS LENDERS LLC, ET AL.,

Defendants.

**26-cv-5915 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held on September 15, 2026, the defendant World Business Lenders LLC may file a motion to dismiss or transfer venue, and the plaintiffs may file a motion for a preliminary injunction. The parties may file their motions on or before **September 28, 2026.** Responses are due **October 16, 2026**, and replies are due **October 26, 2026**.

SO ORDERED.

Dated: New York, New York
September 15, 2026

John G. Koeltl
United States District Judge