UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MURPHY ENERGY SERVICES, LLC, et al.,
Plaintiff(s)

26 civ 5915 (JGK)

-against-

WORLD BUSINESS LENDERS LLC, et al,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, November 4, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026